**ROBERTS ENTERPRISES, INC., a Florida corporation, Plaintiff–Appellee,**

v.

**OLYMPIA SALES, INC., Defendant–Appellant.**

No. 05–15368

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 23, 2006.

Dock Blanchard, Blanchard, Merriam, Adel & Kirkland, P.A., Ocala, FL, for Plaintiff–Appellee.

Hala A. Sandridge, Suzanne R. Eschrich, Gayle Wrede Kirkpatrick, Fowler White Boggs Banker, P.A., Tampa, FL, for Defendant–Appellant.

Before DUBINA, HULL and COX, Circuit Judges.

PER CURIAM:

Defendant Olympia Sales, Inc. ("Olympia") appeals the district court's judgment of voluntarily dismissal of Plaintiff Roberts Enterprises, Inc.'s ("Roberts") lawsuit against Olympia without prejudice, pursuant to Fed.R.Civ.P. 41(a)(2). Olympia contends that the district court abused its discretion in dismissing the complaint without prejudice because Roberts delayed in moving for dismissal, Olympia had incurred significant legal expenses in defending the case, Olympia had filed a motion for summary judgment that was pending at the time of the dismissal, and Olympia was deprived by the dismissal without prejudice of a potential malicious prosecution claim against Roberts.

After review of the briefs and the record on appeal, we affirm. The district court did not abuse its discretion in granting Roberts's motion for a voluntary dismissal on the condition that Roberts could not reassert the claims made in this lawsuit in another case without first paying Olympia $139,121.98 (the costs and attorneys' fees Olympia incurred in defense of this lawsuit). *See Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253 (11th Cir.2001).

AFFIRMED.